Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | No. CR07-344RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DOUGLAS VANALSTINE, OMAR AMARO-GALLEGOS, and DANIEL RUSSELL, | |
| Defendants. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendants DOUGLAS VANALSTINE, OMAR AMARO-GALLEGOS, and DANIEL RUSSELL,

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendants are dismissed, without prejudice.

//
//

Order of Dismissal -- 1
*United States v. Vanalstine, et al,* CR13-237JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The outstanding warrants shall be quashed.

DATED this  2nd  day of  December , 2022.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Vanalstine, et al,* CR13-237JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970